UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONIA DIAZ,

                Plaintiff,

      -against-

AJE MANAGEMENT CORP., EL VIEJO JOBO
RESTAURANT, INC., ARIEL ESPINAL and
JUAN ARIAS, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/17

15 Civ. 1602 (TPG) (JCF)

**ORDER**

THOMAS P. GRIESA, District Judge:

    Having received no objection to Judge Francis's January 10, 2017 report and recommendation, the Court reviewed the recommendation and found "no clear error on the face of the record." *Santana v. United States*, 476 F. Supp. 2d 300, 302 (S.D.N.Y. 2007) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). Accordingly, the Court accepts and adopts the thorough and well-reasoned report and recommendation, awarding Plaintiff: (1) $23,094.04 in actual damages, accruing interest at a rate of $5.69 per day from October 16, 2011; (2) $16,971.39 in liquidated damages; and (3) $2,926.95 in attorneys' fees and costs.

    The Clerk of the Court is directed to enter judgment accordingly.

    SO ORDERED.

Dated:    February 23, 2017
            New York, New York

                                  THOMAS P. GRIESA
                                  United States District Judge